# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AMANDA JO BERSTLER**                                                 **PLAINTIFF**

v.                      **4:20-CV-01351-LPR-ERE**

**KILOLO KIJAKAZI, Acting Commissioner,**
Social Security Administration                                   **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 26)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 11th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE